**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000156
10-OCT-2016
08:15 AM**

NO. CAAP-16-0000156

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MARK T. OZAKI, Claimant-Appellant,
v.
COUNTY OF KAUAI, POLICE DEPARTMENT,
Self-Insured Employer-Appellee,
and
FIRMS CLAIMS SERVICES,
Third Party-Administrator-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB: 2015-326(M); DCD NO. 7-03-03565)

ORDER APPROVING THE SEPTEMBER 20, 2016
STIPULATION TO DISMISS THE APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation filed by Self-Insured Employer-Appellee County of Kauai--Police Department and Third Party-Administrator-Appellee Firms Claims Services (collectively, **Appellees**) on September 20, 2016, the papers in support, and the record, it appears that (1) Appellees and Claimant-Appellant Mark T. Ozaki stipulate to dismiss the appeal; and (2) the appeal has not been docketed.

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 10, 2016.

Chief Judge

Associate Judge

Associate Judge